IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 23 A 10: 29

CLERK
S. DIST. OF GA.

JERRY McCUMBERS,

    Plaintiff,

vs.

Capt. R. ALSTON and
RON CORBITT,

    Defendants.

CIVIL ACTION NO.: CV205-019

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, with prejudice, pursuant to 28 U.S.C.A. § 1915 and 42 U.S.C.A. § 1983. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 23 day of May, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)