# United States District Court
## *Southern District of Georgia*

JERRY McCUMBERS

JUDGMENT IN A CIVIL CASE

v.      CASE NUMBER: CV205-019

CAPT. R. ALSTON AND RON CORBITT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated May 23, 2005, adopting the Report and Recommendation of the Magistrate Judge dismissing Plaintiff's complaint with prejudice; Judgment of Dismissal is hereby entered and this case stands dismissed.

EOD 5/23/05

| May 23, 2005 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |